UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Janice Ringwood

    Debtor.

Case No. 8:09-bk-02798-MGW
Chapter 13

_____/

JANICE RINGWOOD

    Plaintiff,

vs.

Adv. Pro. No. 8:14-ap-00657-MGW

NATIONSTAR MORTGAGE, LLC

    Defendant.

_____/

## JOINT STIPULATION FOR
## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

COME NOW, Plaintiff, JANICE RINGWOOD, and Defendant, NATIONSTAR MORTGAGE, LLC by and through their undersigned counsel, and pursuant to Rule 7041(a)(1)(A)(ii), and hereby stipulate to the voluntary dismissal of Adv. Pro. No. 8:14-ap-00657-MGW, with prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted this 16th day of October, 2015.

Kristin E. Scully, Esquire
Fla. Bar No. 106158
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, Florida 33606
Phone: (813) 254-7687
Facsimile: (813) 253-3405
E-mail: rmgbk@verizon.net
Attorney for Plaintiffs

Paul W. Ettori, Esquire
Fla. Bar No. 0084150
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, Florida 32802
Phone: (407) 423-4000
Facsimile: (407) 843-6610
E-mail: paul.ettori@akerman.com
Attorney for Defendant